# United States Court of Appeals
### For The District of Columbia Circuit
_____

No. 23-1264                                   September Term, 2024

FERC-ER22-1846-002
FERC-ER22-1846-003
FERC-ER22-1846-004

Filed On: December 26, 2024

Sunflower Electric Power Corporation,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Basin Electric Power Cooperative, et al.,
    Intervenors

------------------------------

Consolidated with 23-1287, 24-1032, 24-1033

**BEFORE:** Pillard, Wilkins, and Garcia, Circuit Judges

## O R D E R

Respondent Federal Energy Regulatory Commission (FERC) requests that we hold this case in abeyance in light of the potential for it to be mooted by the outcome of proceedings in several related, pending appeals. The record shows that FERC granted petitioner Sunflower Electric fully regional cost allocation for the four transmission facilities it identified as eligible for regional cost allocation under the proposed tariff it urges FERC to reinstate. The record does not show that there is any other currently existing, planned, or proposed upgrade or facility that would qualify for reallocation under the proposed tariff. Nor have the parties clarified whether the general forecasts in the record (as of early 2022) of continued growth in wind power generation in the Sunflower and Midwest Zones remain valid, and whether or when such growth is likely to necessitate upgrades to or new construction of Byway (as opposed to Highway) facilities that would be eligible for fully regional cost allocation under the proposed tariff.

Therefore, upon consideration of the briefs of the parties and FERC's request to hold this petition for review in abeyance; in order to clarify this court's jurisdiction and preserve judicial resources; and in light of the lack of prejudice to the petitioners, it is hereby

**ORDERED** that cases Nos. 23-1264, 23-1287, 24-1032, and 24-1033 be held in abeyance pending a final outcome in cases Nos. 24-1270, 24-1282, 24-1283, 24-1285, and 24-1372 (consolidated).

The parties are directed to file motions to govern further proceedings herein within 30 days of this court's disposition of case No. 24-1270.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk